# Holland & Knight

Cira Centre, Suite 800 | 2929 Arch Street | Philadelphia, PA 19104 | T 215.252.9600 | F 215.867.6070
Holland & Knight LLP | www.hklaw.com

Andrew J. Soven
+1 215-252-9554
Andrew.Soven@hklaw.com

August 5, 2021

*VIA CM/ECF & VIA Overnight Mail*

Honorable Anne E. Thompson
U.S.D.C. District of New Jersey
Clarkson S. Fisher Bldg. & US Courthouse
402 East State Street
Trenton, NJ 08608

   Re: Credit One Bank, N.A. v Lieberman, et al.
      U.S.D.C. D.NJ. Civil Action No. 3:21-CV-02923-AET-DEA

Dear Judge Thompson:

I write on behalf of Credit One Bank, N.A. ("Credit One") to request amendment of the Order (Dkt. 10) entered on Credit One's Petition to Confirm Arbitration Award in the above-referenced case.

On August 4, 2021, the Court granted Credit One's Petition to Confirm Arbitration Award and denied Respondents' Cross-Motion to Vacate the Arbitration Award. *See* Dkt. No. 9. The Opinion acknowledges that the Arbitrator awarded Credit One its attorneys' fees, arbitral expenses, and costs in the amount of $286,064.62 (*id*. at 3) and indicates that an appropriate order would follow (*id*. at 11). That same day, Your Honor entered an Order confirming the arbitration award and denying respondents' cross-motion to vacate the award. *See* Dkt. No. 10.

In Credit One Bank's Petition, in addition to seeking confirmation of the Corrected Final Award, Credit One requested that the Court enter an Order and Judgment in the amount of $286,064.62 in favor of Credit One and against the Respondents, along with post-judgment interest. *See* Dkt. No 1 at 1; *see* Dkt No. 2 at 6.

Credit One respectfully requests the Court's August 4, 2021 Order (Dkt. No. 10) be amended to additionally reflect that judgment is entered in favor of Credit One and against the Respondents in the amount of $286,064.62. A proposed amended Order is attached hereto. Credit One submits this request without waiver of its potential right to see a further amendment of the award to include counsel fees and costs associated with Defendants' contest of Credit One's Petition.

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland | San Francisco
Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach

Bogotá | London | Mexico City

Honorable Anne E. Thompson
August 5, 2021
Page 2


Respectfully,

HOLLAND & KNIGHT LLP

Andrew J. Soven

AJS:seo
Enclosure

cc:    Yitzchak Zelman, Esquire (w/ Encl.) (by ECF)
       Christopher Murphy, Esquire  (w/o Encl.)

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| CREDIT ONE BANK, N.A., | ) | Civ. No. 21-2923 |
| | ) | **AMENDED ORDER** |
| *Petitioner*, | ) | |
| v. | ) | |
| | ) | |
| ADAM LIEBERMAN AND GENESE LIEBERMAN, | ) | |
| | ) | |
| *Respondents*. | ) | |

THOMPSON, U.S.D.J.

The Court's Order dated August 4, 2021 (Dkt. 10) is hereby **AMENDED** to include the following additional language:

**IT IS HEREBY ORDERED** that judgment in the amount of <u>$286,064.62</u> is entered in favor of Credit One  Bank, N.A. and against Adam Lieberman and Genese Lieberman, with post-judgment interest accruing at the statutory rate.

_____
ANNE E. THOMPSON, U.S.D.J.