NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CREDIT ONE BANK, N.A., <br><br> Petitioner, <br><br> v. <br><br> ADAM LIEBERMAN and GENESE LIEBERMAN, <br><br> Respondents. | Civ. No. 21-2923 <br><br> **ORDER** |

THOMPSON, U.S.D.J.

The Court's Order dated August 4, 2021 (ECF No. 10) is hereby AMENDED to include the following additional language:

IT IS HEREBY ORDERED that the judgment in the amount of $286,064.62 is entered in favor of Credit One Bank, N.A. and against Adam Lieberman and Genese Lieberman, with post-judgment interest accruing at the statutory rate.

<i>/s/ Anne E. Thompson</i><br>
ANNE E. THOMPSON, U.S.D.J.