UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-1871
_____

CREDIT ONE BANK, N.A.

v.

ADAM LIEBERMAN; GENESE LIEBERMAN,
             Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 3-21-cv-02923)
District Judge: Honorable Anne E. Thompson
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
April 3, 2023

Before: JORDAN, GREENAWAY, JR., and NYGAARD, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit LAR 34.1(a) on April 3, 2023. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered April 12, 2022, be and the same is hereby affirmed in part, vacated in part, and

remanded for further proceedings.  Costs shall not be taxed.  All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  June 15, 2023